# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>              Plaintiff,          )<br>                                  )<br>         vs.                      )<br>                                  )<br>  Fabian Farfan VELA              )<br>                                  )<br>              Defendant.          )<br>_____) | Case No.: CR 08-00003 GAF<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br> 18 U.S.C. 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ____CD CA____ for alleged violation(s) of the terms and conditions of his/~~her~~ [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   (✓) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no interview - no req for bail; no evid by Δ___

```
 1  _____
 2  _____
 3  _____
 4        and/or
 5  B.  (✓) The defendant has not met his/her burden of establishing by
 6      clear and convincing evidence that he/she is not likely to pose
 7      a danger to the safety of any other person or the community if
 8      released under 18 U.S.C. § 3142(b) or (c). This finding is based
 9      on: no evid by ∆; ₿ prior list
10  _____
11  _____
12  _____
13
14      IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:     1/30/13
18
19                                    /s/ R. Zarefsky
20                                    RALPH ZAREFSKY
                                      UNITED STATES MAGISTRATE JUDGE
```

2